**SMILAND & CHESTER**
WILLIAM M. SMILAND (SB# 041928)
wsmiland@smilandlaw.com
THEODORE A. CHESTER, JR.(SB#105405)
tchester@smilandlaw.com
601 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone:     (213) 891-1010
Facsimile:     (213) 891-1414
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Luis Unit Food Producers; El Dorado Farms; Laguna Excelsior Farms LLC; JLK; Ryan Family Farms LP; Marlu Farms; Simcot Farms; Brad Gleason; Ross Allen; California Pistachio LLC; Double B. Farms; Buster Allen, Inc.; Turk Station LLC; C.S. Stefanopoulos; Elena Stefanopoulos; D.D. Stefanopoulos; Pagona Stefanopoulos; Universal Land Co.; Cort Blackburn; Laura Blackburn; MC Farms LLC; Marty Acquistapace; Curtis Stubblefield, <br><br>      Plaintiffs, <br>   v. <br><br> United States of America; Department of the Interior; Bureau of Reclamation, <br><br>      Defendants. | Case No. 1:09-CV-01871 OWW DLB <br><br> **STIPULATION AND ORDER RE: PAGE LIMITS FOR SUPPLEMENTAL BRIEFING** <br><br><br> Complaint Filed:  October 23, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties hereto that:

The Court's minute order dated August 3, 2010 provides that plaintiffs file a supplemental brief and that defendants file a supplemental response brief.  Subject to the

Law Offices of
Smiland & Chester
601 West Fifth Street
Suite 700
Los Angeles, CA 90071
(213) 891-1010

Case No.: 1:09-CV-01871

1

STIPULATION AND ORDER RE:
PAGE LIMITS FOR SUPPLEMENTAL BRIEFING

Court's approval below, the parties stipulate and agree that the page limitation for each such brief shall be increased from ten (10) to fifteen (15) pages.

                                                  SMILAND & CHESTER
                                                  William M. Smiland
                                                  Theodore A. Chester, Jr.

Dated: August 12, 2010                 By:     */s/ Theodore A. Chester, Jr.*
                                                  Theodore A. Chester, Jr.
                                                  Attorneys for Plaintiffs


                                                  David B. Glazer

Dated: August 12, 2010                 By:     */s/ David B. Glazer*
                                                  David B. Glazer
                                                  Environment & Natural Resource Div.
                                                  U.S. Department of Justice
                                                  Attorneys for Defendants

IT IS SO ORDERED.

    Dated:  **August 12, 2010**                  **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

**Law Offices of
Smiland & Chester
601 West Fifth Street
Suite 700
Los Angeles, CA 90071
(213) 891-1010**

2

Case No.: 1:09-CV-01871                                    STIPULATION AND ORDER RE:
                                                             PAGE LIMITS FOR SUPPLEMENTAL BRIEFING