IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAN LUIS UNIT FOOD PRODUCERS, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF THE INTERIOR; BUREAU OF RECLAMATION,<br><br>       Defendants. | No. 1:09-cv-01871-OWW-DLB<br><br>ORDER OF JUDGMENT<br><br>Date:   N/A<br><br>Time:   N/A/<br><br>Courtroom No.  3<br><br>Hon. Oliver W. Wanger |

*San Luis Unit Food Prods. v. U.S.*, No. 1:09-cv-01871-OWW-DLB
Federal Defendants' Proposed Order of Judgment

PDF created with pdfFactory trial version www.pdffactory.com

1    In accordance with this Court's Memorandum Decision of February 16, 2011 [Dkt. #54] on the Federal Defendants' Motion for Judgment on the Pleadings [Dkt. #24] and Plaintiffs' Cross-Motion for Judgment on the Pleadings and Motion for Summary Judgment [Dkt. #17], the Court GRANTS Plaintiffs' Motion For Judgment on the Pleadings as to the Federal Defendants' Fifth Defense (laches) and Sixth Defense (exhaustion of administrative remedies), but denies Plaintiffs' Motion for Judgment on the Pleadings in all other respects and DENIES Plaintiffs' Motion for Summary Judgment.

The Court GRANTS summary judgment to the Federal Defendants on all claims in Plaintiffs' Complaint and accordingly ENTERS JUDGMENT as follows:

1.    As to Claims 1 through 11 of Plaintiffs' Complaint, the Court finds that Plaintiffs lack standing to bring those claims because they do not fall within the "zone of interests" of the statutory provisions invoked and, in addition, the Court finds that Plaintiffs have failed to plead any violation of any mandatory duty and, therefore, have failed to satisfy the final agency action requirement of section 704 the Administrative Procedure Act, 5 U.S.C. § 704.

2.    As to Claims 12 through 15 of Plaintiffs' Complaint, the Court finds that Plaintiffs lack standing to bring those claims because the injuries alleged are not fairly traceable to the statutory provisions claimed to be violated and because Plaintiffs otherwise lack standing to assert claims based upon "lost revenue" to the federal government.

IT IS SO ORDERED.

Dated: _March 4, 2011_____    /s/ OLIVER W. WANGER
                                        United States District Judge

*San Luis Unit Food Prods. v. U.S.*, No. 1:09-cv-01871-OWW-DLB
Federal Defendants' Order of Judgment                                                    1

PDF created with pdfFactory trial version www.pdffactory.com